BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA BAGDASARYAN<br>xxx-xx-0640<br><br>      **Plaintiff,**<br><br>v.<br><br>COMMISSIONER OF SSA<br><br>      **Defendant.** | Case No. 16-cv-02319-CKD<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |

　　　IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from March 31, 2017, to April 28, 2017, with all other deadlines extended accordingly. This extension is required because plaintiff's counsel will be out of town on business the week the brief is due.

////
////
////

1

1

2
Dated: March 29, 2017                    */s/Bess M. Brewer*
3                                         BESS M. BREWER
                                          Attorney at Law
4
                                          Attorney for Plaintiff
5

6

7
Dated: March 29, 2017                    Phillip A. Talbert
8                                         United States Attorney

9                                         Deborah Lee Stachel
                                          Regional Chief Counsel, Region IX
10                                        Social Security Administration

11                                        /s/ Beatrice Na

12                                        BEATRICE NA
                                          Special Assistant United States Attorney
13                                        Attorneys for Defendant

14

15

16                                        **ORDER**

17
APPROVED AND SO ORDERED.
18

19 Dated:   April 5, 2017

20                                        _____
                                          CAROLYN K. DELANEY
21                                        UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

2