BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANNA BAGDASARYAN** ) <br> **xxx-xx-0640** ) <br> ) <br> ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **COMMISSIONER OF SSA** ) <br> ) <br> **Defendant.** ) <br> ) <br> ) | **Case No. 16-cv-02319-CKD** <br><br> **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended to May 9, 2017, with all other deadlines extended accordingly. Plaintiff's brief was previously extended to April 28, 2017, but the new due date was not calendared. Plaintiff's counsel became aware of the oversight today, May 1, 2017, and requires this additional time to complete the brief.

1

Dated: May 1, 2017  /s/*Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff


Dated: May 1, 2017  Phillip A. Talbert
United States Attorney

Deborah Lee Stachel
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Beatrice Na

BEATRICE NA

Special Assistant United States Attorney

Attorneys for Defendant


**ORDER**

APPROVED AND SO ORDERED.

Dated: May 3, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2