PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
IN SEON JEONG, CSBN: 291908
Special Assistant United States Attorney
    Social Security Administration, Region IX
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Tel: (415)977-8984
    Fax: (415)744-0134
    E-mail: Inseon.Jeong@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANNA BAGDASARYAN,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,[1]<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:16-cv-02319 CKD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from June 9, 2017 to July 24, 2017, with all other dates in this Court's Case Management Order extended accordingly. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. There is good cause for this extension because this case

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1  was recently transferred to the Commissioner's counsel, and counsel also has a large workload of
2  other District Court briefs due. The Commissioner's counsel also has upcoming leave scheduled
3  from July 3, 2017 to July 10, 2017 that further necessitates this extension.

                                              Respectfully submitted,

Dated: June 5, 2017                */s/ Bess M. Brewer*
                                          (As authorized via email on 6/5/2017)
                                          BESS M. BREWER
                                          Attorney for Plaintiff

Dated: June 6, 2017                PHILLIP A. TALBERT
                                          Acting United States Attorney
                                          DEBORAH LEE STACHEL
                                          Regional Chief Counsel, Region IX
                                          Social Security Administration

                           By:    */s/ In Seon Jeong*
                                          IN SEON JEONG
                                          Special Assistant United States Attorney
                                          Attorneys for Defendant

                                          <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: June 7, 2017

                                            _____
                                            CAROLYN K. DELANEY
                                            UNITED STATES MAGISTRATE JUDGE